IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MALIK ALSTON,**            :<br>      **Plaintiff,**                :<br>                                           :<br>**v.**                                    :<br>                                           :<br>**WENEROWICZ, et al.,**   :<br>      **Defendants**             : | **CIVIL ACTION NO. 14-2691** |

## ORDER

**AND NOW**, this 26th day of March 2015, upon consideration of Defendant's Motion to Dismiss the Complaint against Defendants Moore, Wenerowicz, Ondrejka, Edwards, and Shaylor [Doc. No. 10], it is hereby **ORDERED** that Defendant's Motion is **GRANTED** as follows:

1. Plaintiff's improper grievance processing claim is **DISMISSED WITH PREJUDICE**;

2. Plaintiff's deliberate indifference, retaliation, and conspiracy claims are **DISMISSED WITHOUT PREJUDICE** to Plaintiff's right to file an amended complaint.

It is **FURTHER ORDERED** that Plaintiff is granted leave to file an amended complaint no later than **April 16, 2015**.

**IT IS SO ORDERED**.

BY THE COURT:

/s/ Cynthia M. Rufe
_____
**CYNTHIA M. RUFE, J.**