# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MALIK ALSTON,<br>    Plaintiff, | :<br>:<br>: |
| v. | :    CIVIL ACTION NO. 14-2691 |
| MR. WENEROWICZ, et al.,<br>    Defendants | :<br>:<br>: |

## ORDER

**AND NOW**, this 7th day of March 2016, upon consideration of Defendant Wenerowicz's Motion to Dismiss [Doc. No. 18] and Defendant Lentz's Motion to Dismiss [Doc. No. 22], it is hereby **ORDERED** that Defendants' Motions are **GRANTED** as follows:

1. Plaintiff's claims against Defendant Wenerowicz are **DISMISSED WITH PREJUDICE.**

2. Plaintiff's claims against Defendant Lentz are **DISMISSED WITH PREJUDICE.**

3. The Clerk is **DIRECTED** to **CLOSE** the case.

**IT IS SO ORDERED**.

                                          **BY THE COURT:**

                                          /s/ Cynthia M. Rufe
                                          _____
                                          **CYNTHIA M. RUFE, J.**